Case 4:17-cr-00737 Document 37-1 Filed in TXSD on 07/26/18 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 27, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | NO. 4:17-cr-00737 |
| § | |
| KAAN SERCAN DAMLARKAYA § | |

### ORDER ON UNOPPOSED JOINT MOTION TO CONTINUE HEARING ON MOTION TO WITHDRAW AS ATTORNEY

Came on to be considered the motion for continuance of the Attorneys. Upon consideration of the motion and argument of counsel, the motion is hereby

___✓___ (GRANTED, and the hearing of this motion is hereby continued to ___August 14___, 2018.) @ 9:00 AM.

_____ (DENIED, to which ruling the Attorneys except.)

SIGNED ON ___July 27___, 2018.

_____
JUDGE PRESIDING