IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR. NO. 4:17-cr-00737-1 |
| | § | |
| KAAN SERCAN DAMLARKAYA | § | |

**UNOPPOSED MOTION TO AMEND**
**THE AMENDED SCHEDULING ORDER**

TO THE HONORABLE ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

NOW COMES, Defendant, KAAN SERCAN DAMLARKAYA, in the above-captioned matter, and files this unopposed motion to amend the scheduling order.

Due to the voluminous discovery in this case counsel for the defendant requests the following changes to the scheduling order:

| Event | Date |
|---|---|
| Motion to Suppress pursuant to Section 106(e) of Foreign Intelligence Surveillance Act of 1978 (FISA), 50 U.S.C. § 1806(e). | March 15, 2019 |
| CIPA Section 5 Notice Due | March 29, 2019 |
| CIPA Section 6 Motions Deadline | May 31, 2019 |
| Response to Motion to Suppress filed under Section 106(e) of FISA | June 14, 2019 |
| CIPA Section 6 Hearing | June 21, 2019 |
| Other Pretrial Motions Deadline | June 28, 2019 |
| Responses Due to Other Pretrial Motions | July 8, 2019 |
| Pretrial Status Conference | July 12, 2019 |
| Trial Date | July 15, 2019 |

The Government is unopposed to this Motion.

                    Respectfully submitted,

GARY TABAKMAN
TBA No. 24076065
Federal ID No. 1305623
JPMorgan Chase Bank Building
3515 Fannin Street.
Houston, Texas
Telephone: (713)526-6300
Facsimile: (713)808-9444
Email: Gary@GTLawfirm.com

Attorney for Defendant,
KAAN SERCAN DAMLARKAYA

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

_____
GARY TABAKMAN