# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                          Case Number: 4:17–cr–00737

Kaan Sercan Damlarkaya

## NOTICE OF RESETTING

**A proceeding has been set in this case as to Kaan Sercan Damlarkaya as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
Courtroom 9C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/25/2022

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Sentencing

Date: February 28, 2022                                     Nathan Ochsner, Clerk